# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0622

VERSUS

MARK R. THOMAS

**MAY 8, 2026**

---

In Re:   Mark R. Thomas, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 24-WFLN-354.

---

**BEFORE:   MILLER, GREENE, AND STROMBERG, JJ.**

**STAY DENIED.  WRIT DENIED.**

**SMM**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT